UNITED STATES DISTRICT COURT
Northern District of Texas

**Alternate Dispute Resolution Summary**

1. Style of case: DOMA INSURANCE AGENCY OF TEXAS, INC. F/K/A NORTH AMERICAN TITLE COMPANY v. JOHN "HANK" GOODMAN et al.

2. Civil action number: 4:23-CV-126-Y    2a. Date of Mediation: November 17, 2023

3. Nature of suit: Money Had and Received - Mortage Payoff Paid to Sellers

4. Method of ADR used: __X__ Mediation ____ Mini-Trial ____ Summary Jury Trial

5. Did the case settle? ____ Before ADR  Yes In ADR  ____ Did Not Settle

6. What was your total fee? $2,500.00

7. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   (Provider) Lawrence (L. Dee) Shipman, Mediator

   John "Hank" Goodman, Defendant

   Chris McChesney
   Chief Claims Counsel
   Doma Insurance Agemcy of Texas
   Plaintiff

   Cynthia Goodman, Defendant

8. Please provide the names, addresses, and telephone numbers of counsel:

   Name: Kelly Conklin
   Address: Shackelforn, Bowen ...LLP
   717 Texas Avenue 27th Floor
   Houston, Texas 77002
   832-669-6058
   Phone: Attorney for Plaintiff

   Name: Robert L. Hurlbut,
   Address: Hurlbut Law Firm
   3901 W. Pioneer Park Way
   Arlington, Texas 76013
   817-226-4466
   Phone: Attorney for Defendants

   Name: ____
   Address: ____
   Phone: ____

   Name: ____
   Address: ____
   Phone: ____

   Signature of Provider: L. Dee Shipman
   Address: Shipman Dispute Resolution, LLC
   3004 Destin Drive
   Denton, Texas 76205

   Date: November 17, 2023
   Phone: 940-435-8083

**PROVIDER MUST ELECTRONICALLY FILE COMPLETED FORM WITH THE U.S. DISTRICT CLERK SEVEN (7) DAYS FOLLOWING MEDIATION. IF UNABLE TO DO SO, RETURN FORM TO PLAINTIFF'S COUNSEL FOR FILING**

# EXHIBIT A

[Revised 01-01-19]