IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DOMA INSURANCE AGENCY OF TEXAS, INC. | § § § | |
| VS. | § § | ACTION NO. 4:23-CV-126-Y |
| JOHN GOODMAN, ET AL. | § § | |

**FINAL JUDGMENT**

This judgment is issued under Federal Rule of Civil Procedure 58(a). In accordance with the parties' joint stipulation of dismissal (doc. 30) this case is **DISMISSED with prejudice**. The parties shall each bear their respective costs and attorney's fees. The clerk of the Court shall transmit a true copy of this judgment to the parties.

SIGNED January 4, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE